# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CHARLES EDWARD JONES, SR.**                                          **PLAINTIFF**
**ADC #144544**

V.                                    **4:21CV01142 BRW**

**LARUEN KOHLMANN, Law Clerk,**
**Pulaski County Circuit Court**                                       **DEFENDANT**

## ORDER

Charles Jones has received at least three strikes under PLRA. *See Jones v. Gann, et al.*, 4:11-CV-701-JLH; *Jones v. State of Arkansas*, 4:11-CV-868-JLH; and *Jones v. Gibson*, 5:15-CV-125-JM.   Based on the allegations in his complaint [Doc. No. 1], it does not appear that Jones is in imminent danger of serious physical injury. 28 U.S.C. § 1915(g).

Accordingly, this case is dismissed without prejudice. If Jones would like to continue with this case, he must first pay the filing fee of $402 to the clerk, noting the above style and the case number, within thirty days of the date of this order along with a motion to reopen this case. Upon receipt of the motion and full payment, this case will be reopened. An *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 29th day of November, 2021.


                                              BILLY ROY WILSON
                                              UNITED STATES DISTRICT JUDGE